EASTVOLD, Respondent, v. GURNEY SEED AND NURSERY COMPANY, Appellant.

(256 N. W. 372.)

(File No. 7662. Opinion filed September 22, 1934.)

*H. A. Doyle* and *Frank Biegelmeier,* both of Yankton, for Appellant.

*O. S. Eastvold,* of Yankton, and *H. M. Eastvold,* of Canton, for Respondent.

PER CURIAM. This cause is before us on appeal from an order overruling a demurrer to the complaint. We are not convinced that the record exhibits prejudicial error, and the order appealed from is affirmed.

All the Judges concur.